THE BANK OF THE STATE, &c. v. BRADLEY *et al.*

APPEAL from the *Decatur* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed upon the decisions in the case of *Bradley et al.* v. *The Bank of the State, supra.*

*McDonald & Roache* and *Thomas A. Henpricks,* for the appellant. .

*D. S. Major* and *Oscar B. Hord,* for the appellees.

---

THE BANK OF THE STATE, &c. v. BRADLEY *et al.*

APPEAL from the *Decatur* Circuit Court.

*Per Curiam.*—The judgment in this case is affirmed, upon the decisions in the case of *Bradley et al.* v. *The Bank of the State, &c., supra.*

*McDonald & Roache,* and *Thomas A. Hendricks,* for the appellant.

*D. S. Major* and *Oscar B. Hord,* for the appellees.